# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Brigham Oil & Gas, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| North Dakota Board of University & | ) | |
| School Lands, et. al., | ) | |
| | ) | Case No.  4:11-cv-058 |
| Defendants. | ) | |

Before the court are Defendant Kerry P. Hoffman's motions for attorneys Jan M. Conlin, Katie Crosby Lehmann,  Aaron R. Fahrenkrog, Andrew J. Pieper, and Breita A. Linnell to appear *pro hac vice*.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jan M. Conlin, Katie Crosby Lehmann,  Aaron R. Fahrenkrog, Andrew J. Pieper, and Breita A. Linnell have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.  Accordingly, the motions (Docket Nos. 55-59) are **GRANTED**. Attorneys Jan M. Conlin, Katie Crosby Lehmann,  Aaron R. Fahrenkrog, Andrew J. Pieper, and Breita A. Linnell are admitted to practice before this court in the above-entitled action on behalf of Kerry P. Hoffman.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge