# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Brigham Oil & Gas, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| North Dakota Board of University & | ) | |
| School Lands, et. al., | ) | |
| | ) | Case No. 4:11-cv-058 |
| Defendants. | ) | |

Before the court is a motion for attorney Sara A. Poulos to appear *pro hac vice* on behalf of Defendant Kerry P. Hoffman. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Sara A. Poulos has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 86) is **GRANTED**. Attorney Sara A. Poulos is admitted to practice before this court in the above-entitled action on behalf of Defendant Kerry P. Hoffman.

**IT IS SO ORDERED.**

Dated 2nd day of May, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge